JOSEPH P. MCMONGLE State Bar #66811
ANN L. STRAYER State Bar #152311
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94014
TEL: (415) 397-2222 FAX: (415) 397-6392
jmcmonigle@longlevit.com
astrayer@longlevit.com

Attorneys for Plaintiffs
DWIGHT T. EVANS, ROBERT A. MONZINGO,
LEROY LAVETTE, NORMA R. COMNICK, JOHN
K. NEISWANGER, and ROBERT N. WAGNER, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DWIGHT T. EVANS, ROBERT A. MONZINGO, LEROY LAVETTE, NORMA R. COMNICK, JOHN K. NEISWANGER, and ROBERT N. WAGNER, SR., <br><br>Plaintiffs,<br><br>vs.<br><br>CHUCK CAKE and FRAN MCDERMOTT, Trustees of SHASTA BUTTE ELECTRICAL WORKERS PENSION FUND TRUST; SHASTA BUTTE ELECTRICAL WORKERS PENSION FUND TRUST and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE No. CIV S-04-2189-WBS CMK<br><br>ORDER GRANTING DISMISSAL OF ACTION<br><br>Action Filed: October 15, 2004 |

After full consideration, the Court grants Plaintiffs DWIGHT T. EVANS, ROBERT A. MONZINGO, LEROY LAVETTE, NORMA R. COMNIC, JOHN K. NEISWANGER, and ROBERT N. WAGNER, SR., pursuant to FRCP41(a)(1)(ii), and the Stipulation of Dismissal of Action of their Complaint for Declaratory and Injunctive Relief from the United States District

1

Court, Eastern District of California, Sacramento Division, Case No.  CIV S-04-2189 WBS CMK filed with this Court on October 15, 2004.

IT IS SO ORDERED.

Dated:  November 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE